**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-1 ANDREW LEE WARR,
D-2 WILLIAM LAVON HARRIS, and
D-3 SAMANTHA DAWN WHITACRE,

      Defendants.

CASE NO. 2:14-cr-20516

HON. MARIANNE O. BATTANI

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND FINDING DEFENDANT
SAMANTHA WHITACRE COMPETENT TO STAND TRIAL**

On July 21, 2014, Defendant Samantha Whitacre was charged in a criminal complaint with bank robbery, pursuant to 18 U.S.C. § 2113(a).  Ms. Whitacre appeared before Magistrate Judge David R. Grand on July 21, 2014, for her initial appearance, at which time her counsel made an oral motion for a competency evaluation.  After evaluation by a forensic psychologist, Magistrate Judge Grand held a competency hearing on March 19, 2015.  Based on the psychological evaluation, Magistrate Judge Grand issued a Report and Recommendation ("R&R") dated March 26, 2015, recommending that the Court find Ms. Witacre competent to stand trial.  (Doc. 43.)

In the R&R, the Magistrate Judge informed the parties that objections must be filed within "14 days of service" and that a party's failure to file objections would waive any further right of appeal.  (Doc. 43 at p. 3.)  Neither party has filed an objection.

Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 43) and finds the Defendant competent to stand trial.

**IT IS SO ORDERED.**

Date: April 15, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 15, 2015.

s/ Kay Doaks
Case Manager